1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
6

7                     IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,                CASE NO. 1:15-CR-00187-DAD-BAM

12                     Plaintiff,             STIPULATION AND ORDER TO CONTINUE
                                              STATUS CONFERENCE
13              v.

14  RAMIRO ROMAN,

15                     Defendants.

16

17         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

18  Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mark Coleman, attorney for the

19  defendant, that the status conference set for October 11, 2016 at 10:00 am before the Honorable Dale

20  A. Drozd be continued to November 14, 2016 at 10:00 a.m.  The reason for the request is defense

21  needs time for additional investigation before making a final decision of whether to enter a change of

22  plea.  The defendant has state charges pending, and the defense needs additional information related

23  to those charges.  Additionally, the defense learned that the defendant may have some vehicle code

24  violations that could affect his sentencing guideline calculation.  The government requested a driving

25  record, and the parties need additional time to assess how that information might affect the guidelines.

26  ///

27  ///

28  ///

                                                   1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through November 14, 2016 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: October 6, 2016                                  Respectfully submitted,

                                                        PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                            By   /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney

Dated: October 6, 2016                           /s/ Mark Coleman
                                                 MARK COLEMAN
                                                 Attorney for Defendant

### ORDER

The status conference as to Ramiro Roman previously set for October 11, 2016, is continued to **November 14, 2016,** at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd. The court finds the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, the delay through November 14, 2016 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **October 6, 2016**                    _____
                                                UNITED STATES DISTRICT JUDGE