**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
RAMIRO ROMAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00187-DAD-BAM-1 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| RAMIRO ROMAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Status Conference currently scheduled for Monday, February 13, 2017, at 10:00 a.m., be continued to **February 27, 2017**, at 10:00 a.m., or as soon thereafter as is convenient with the court's calendar.

This continuance is requested by counsel for Defendant ROMAN, due to the fact that counsel has a calendaring conflict on February 13, 2017. Specifically, counsel is scheduled for oral argument in the Ninth District Court of Appeals in San Francisco on February 13, 2017 at 9:30 a.m., in the case of *D.L. v. Margaret Vassilev, et. al., Case No. 15-15542*.

The parties agree that time under the Speedy Trial Act be excluded under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

///

///

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Status Conference for the above-stated purposes.

Dated: February 2, 2017.

/s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant
RAMIRO ROMAN

Dated: February 2, 2017.

/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case.  Good cause appearing, the status conference as to the above named defendant currently scheduled for February 13, 2017, is continued until **February 27, 2017, at 10:00 a.m.** in Courtroom 5 before District Judge Dale A. Drozd. The time period between February 13, 2017 and February 27, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy t*r*ial.

IT IS SO ORDERED.

Dated:   **February 2, 2017**                              _____
UNITED STATES DISTRICT JUDGE